IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL S. DAVIS,

    Plaintiff,                    No. 2:11-cv-01100 KJN P[1]

    vs.

C. CARLTON, et al.,

    Defendants.              <u>ORDER</u>

                       /

        Plaintiff filed this civil rights action while a state prisoner; shortly thereafter, plaintiff, in person, filed a notice of change of address indicating that he was no longer incarcerated. Routine documents served by the Clerk of Court on April 27, 2011 (and returned as undeliverable on May 11, 2011), were personally re-served on plaintiff on May 3, 2011. Before the court may proceed with screening plaintiff's complaint, plaintiff must file a new application to proceed in forma pauperis—the current application is premised on the balance in plaintiff's prison trust account, which is no longer pertinent.

////

////

---

[1] This action is referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), Local General Order No. 262, and E.D. Cal. L.R. ("Local Rule") 302.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall, within twenty-one days after the filing date of this order, file a new application to proceed in forma pauperis; and

4. The Clerk of Court is directed to send plaintiff, with this order, a blank Application to Proceed Without Prepayment of Fees and Affidavit, used in nonprisoner cases.

DATED: June 21, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

davi1100.ord

2