UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>C. CARLTON, et al.,<br><br>    Defendants. | No.  2:11-cv-1100 TLN KJN P<br><br><br>ORDER |

On July 8, 2016, plaintiff filed a motion for appointment of counsel.  However, this civil rights action was closed on December 12, 2014.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for appointment of counsel (ECF No. 34) is denied.

Dated:  July 15, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mp/cw
davi1100.58